# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANDREW BRITT**

vs.                                              CASE NUMBER: 1:10-CV-168

**GENERAL STAR INDEMNITY COMPANY**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff Andrew Britt's motion for summary judgment is GRANTED.  Defendant General Star Indemnity Company's cross-claim is DISMISSED.  Judgment is entered in favor of the plaintiff Andrew Britt and against defendant General Star Indemnity Company in the sum of $ 2,402,962.45 plus interest from November 17, 2009;

All of the above pursuant to the order of the Honorable Judge HON. DAVID N. HURD, dated the 4th day of April, 2011.

DATED: April 4, 2011

*[signature]*
Clerk of Court

s/

Christine Mergenthaler
Deputy Clerk