# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## SECOND
## AMENDED JUDGMENT IN A CIVIL CASE

**ANDREW BRITT**

    vs.              **CASE NUMBER: 1:10-CV-168**

**GENERAL STAR INDEMNITY COMPANY**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the November 20, 2012, Decision and Order, this action is resolved in the following manner:

1.  Plaintiff Andrew Britt's judgment previously entered in the amount of $2,402,962.45 plus interest from November 17, 2009, is vacated;

2.  Defendant General Star Indemnity Company's counterclaim is reinstated;

3.  Defendant General Star Indemnity Company is granted relief on its counterclaim and has no duty to pay for any judgment rendered against Dennis Bridges;

4.  The complaint is dismissed; and

5.  Defendant General Star Indemnity Company is entitled to recover costs in the amount of $10,670.00, with interest to run from September 14, 2012.

All of the above pursuant to the Order of the Honorable Judge David N. Hurd, United States District Judge, filed the 20th day of November, 2012.

DATED:  November 29, 2012

                                                                          Clerk of Court

entered and served 11/29/12 (cm)           s/
                                                           Christine Mergenthaler, Deputy Clerk